UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| BARBARA J. BROWN and | ) | Case No: 09-00440 |
| CHARLES E. BROWN, JR., | ) | |
| | ) | (Chapter 7) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| MARC E. ALBERT, TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. __ - _____ |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA J. BROWN, a/k/a | ) | |
| BARBARA J. RANDOLPH, a/k/a | ) | |
| BARBARA RICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Serve: | ) | |
| Barbara J. Brown | ) | |
| 2661 Stanton Road SE | ) | |
| Washington, DC  20020 | ) | |
| _____ | ) | |

**COMPLAINT OBJECTING TO DISCHARGE OF BARBARA J. BROWN**

Plaintiff Marc E. Albert, Chapter 7 Trustee for the bankruptcy estate of Barbara J. Brown and Charles E. Brown, Jr. ("Debtors"), hereby files his Complaint Objecting to Discharge of Barbara J. Brown a/k/a Barbara J. Randolph a/k/a Barbara Ricks pursuant to 11 U.S.C. §§ 727(a)(8) and (c), and in support thereof, represents as follows:

**JURISDICTION, VENUE AND CHOICE OF LAW**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 727.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(J).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1409.

## PARTIES

4. Marc E. Albert ("Trustee") is the duly appointed Chapter 7 Trustee of the estate of Barbara J. Brown and Charles E. Brown, Jr. The Trustee is authorized to bring this Adversary Proceeding pursuant to 11 U.S.C. § 727(c).

5. Barbara J. Brown a/k/a Barbara J. Randoph a/k/a Barbara Ricks ("Defendant") is one of two Chapter 7 debtors in this joint bankruptcy proceeding and a resident of the District of Columbia. Defendant indicated on her voluntary petition that she "has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District."

## FACTS

6. On July 6, 2004, Barbara J. Randolph, a/k/a Barbara Ricks, filed a voluntary joint petition with David L. Randolph, commencing Case No. 04-01061 before this Court.

7. On October 15, 2004, this Court entered an order granting a discharge to the Randolphs.

8. Debtors filed a voluntary Chapter 7 petition on May 21, 2009 ("Petition Date"), less than eight years after Case No. 04-01061 was commenced.

9. Upon information and belief, Barbara J. Brown, defendant in this Adversary Proceeding, and joint debtor in the above-captioned bankruptcy case is the same Barbara J. Randolph, a/k/a Barbara Ricks who was granted a discharge on October 15, 2004.

10. The Debtors' Meeting of Creditors was held on June 23, 2009.

11. At the Meeting of Creditors, Defendant answered the Trustee's inquiry as to prior discharges in bankruptcy in the affirmative. Upon the Trustee's request, the Defendant gave the Trustee a copy of the October 15, 2004 Order granting discharge to Barbara J. Randolph a/k/a Barbara Ricks and David L. Randolph.

12. The Trustee seeks a denial of the discharge sought by the Defendant pursuant to a previous discharge under Chapter 7 being granted to the Defendant in a case commenced within eight years of the Petition Date.

## COUNT I-DENIAL OF DISCHARGE
## 11 U.S.C. § 727(a)(8)

13. The Trustee hereby incorporates by reference Paragraphs 1 through 12 of this Complaint as if fully set forth at length herein.

14. The Defendant was granted a discharge under § 727 on October 15, 2004, which is within eight years of the Petition Date.

15. The Defendant, therefore, is not eligible for a discharge under § 727 in this proceeding pursuant to 11 U.S.C. § 727(a)(8).

WHEREFORE, the Plaintiff, Marc E. Albert, Chapter 7 Trustee, prays that the Court grant the following relief:

a. That debtor Barbara J. Brown be denied a discharge under 11 U.S.C. § 727 due to her previous discharge under Chapter 7 in a case commenced within eight years of the Petition Date;

b. That Marc E. Albert, Trustee, be granted such other and further relief as this Honorable Court may deem just, equitable and proper.

| | |
|---|---|
| Dated: August 12, 2009 | Respectfully submitted,<br><br>STINSON MORRISON HECKER LLP<br><br>/s/ Katherine M. Sutcliffe Becker<br>Katherine M. Sutcliffe Becker, No. 481394<br>Tracey M. Ohm, No. 982727<br>1150 18th Street, NW, Suite 800<br>Washington, DC 20036<br>Tel. 202-785-9100<br>Fax 202-785-9163<br>E-mail: kbecker@stinson.com<br>E-mail: tohm@stinson.com<br>*Proposed Attorneys for Marc E. Albert,*<br>*Chapter 7 Trustee* |